NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2017-2154

---

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00651-LKG, Judge Lydia Kay Griggsby.

---

Decided: July 9, 2018

---

LAWRENCE SHER, Reed Smith LLP, Washington, DC, for plaintiff-appellant. Also represented by KYLE RICHARD BAHR, JAMES CHRISTOPHER MARTIN, CONOR MICHAEL SHAFFER, COLIN E. WRABLEY, Pittsburgh, PA.

ALISA BETH KLEIN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee. Also represented by MARK B. STERN, CHAD A. READLER.

———————————

Before PROST, *Chief Judge,* NEWMAN and MOORE,
*Circuit Judges.*

PROST, *Chief Judge.*

For the reasons stated in our decisions in M*oda Health Plan, Inc. v. United States*, 17-1994, and *Land of Lincoln Mutual Health Insurance Co. v. United States*, 17-1224, and consistent with the statement of appellant Blue Cross and Blue Shield of North Carolina, we affirm.

Appellant's motion for entry of judgment and previous motions to allow argument are denied as moot.

**AFFIRMED**